[No. 9145–3–II.   Division Two.   June 18, 1987.]

PENINSULA PLASTERING, INC., *Respondent,* v. BAY
BUILDERS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–2–00302–4, Terence Hanley, J., entered September 17, 1985. *Affirmed* by unpublished opinion per

Brachtenbach, J. Pro Tem., concurred in by Morgan and Soule, JJ. Pro Tem.